```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
```

FILED
DEC 1 5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In re:                                  District Court Case Number
SK Foods, L.P., and RHM                 NO. 2:09-CV-02988-LKK
Industrial/Specialty Foods, Inc.

              Debtors                   Bankruptcy Court Case Number
                                        NO. 09-29162-D-11

SSC Farming, LLC, SSC Farms I,
LLC, SSC Farms II, LLC, SSC
Farms III, LLC, Blackstone Ranch
Corporation, Monterey Peninsula
Farms LLC, Salyer Management
Company, LLC, SS Farms, LLC             ORDER

              Appellants,

       v.

SK Foods, L.P., and RHM
Industrial/Specialty Foods, Inc.,

              Appellees.
_____/

This case is an interlocutory appeal from an order of a Bankruptcy Judge. Appellants are parties adverse or potentially adverse to the debtor in the bankruptcy proceeding. On October 16, 2009, the Bankruptcy Judge disqualified the firm of Kasowitz, Benson, Torres & Friedman from representing appellants in matters adverse to the debtor. The Bankruptcy Judge stayed this order until December 18, 2009, so as to allow this court to determine whether to grant leave to file an interlocutory appeal. The court has not yet made this determination. Appellants now move for an extension of the stay.

   In connection with the motion for an extension, the parties have stipulated to an order shortening time for briefing and hearing on the matter. Notwithstanding this stipulation, the court will be unable to hear the matter until January 11, 2009. Accordingly, the stipulation for an order shortening time (Doc. No. 5 att. 4) is denied.

   Having reviewed the memorandum in support of the motion for

extension of the stay and the papers filed therewith, the court concludes that it is appropriate to extend the stay until January 11, 2010. The court reaches this conclusion despite the Trustee's stated opposition to extension of the stay.

Appellee's memorandum in opposition to the motion for extension, and appellant's reply, if any, shall be filed at the times provided by the Local Rules, in light of the January 11, 2010 hearing date.

IT IS SO ORDERED.

Date: 12-15-09

U.S. District Judge John A. Mendez
for: Senior Judge Lawrence K. Karlton